UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN J. MCELROY,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 25-cv-00314-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO ANSWER ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 18 |

Plaintiff has filed a *pro se* civil rights action. On March 3, 2025, the Court ordered Plaintiff to show cause by March 31, 2025 why his request for leave to proceed *in forma pauperis* should not be denied pursuant to the three-strikes provision set forth in 28 U.S.C. § 1915. Dkt. No. 13. Plaintiff has requested that the Court grant him a sixty-day extension of time to respond to the Court's Order to Show Cause, stating that the following extraordinary circumstances prevent him from timely responding to the Order to Show Cause: "acts omissions of same defendants and malcondition of serious risk of imminent danger and bodily harm;" lack of adequate law library access since March 8, 2025; he is severely injured and was reinjured by slip and falls; he is totally disabled; his legal documents are being withheld; and he cannot resume litigating this action until he has free access to the law library and receives all of his legal property. Plaintiff suggests that the Court appoint him counsel to remedy the extraordinary circumstances that he alleges prevent him from responding to the Court's Order to Show Cause. Dkt. No. 18.

The Court GRANTS IN PART AND DENIES IN PART Plaintiff's request for an extension of time to answer the Order to Show Cause. Dkt. No. 18. Plaintiff shall file an answer to the Court's Order to Show Cause by May 2, 2025. Failure to file a response to the Order to

Show Cause may result in the dismissal of this action without further notice to Plaintiff for failure to comply with a court order.

The Court DENIES Plaintiff's renewed request for appointment of counsel. Dkt. No. 18. Plaintiff previously requested appointment of counsel on March 3, 2025, Dkt. No. 14, and the Court denied the request in a reasoned order on March 14, 2025, Dkt. No. 17. Plaintiff has not shown significant changes in his circumstances since his last request for appointment of counsel that would warrant appointment of counsel.

Plaintiff is reminded that, by April 17, 2025, he must identify the operative complaint – Dkt. No. 1 or Dkt. No. 16. Dkt. No. 17.

This order terminates Dkt. No. 18.

**IT IS SO ORDERED.**

Dated:   4/8/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge